UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF WISCONSIN

ERICA BREWER, et al.,

    *Plaintiffs*,

v.                                    Case No. 2:20-CV-01820

TOWN OF EAGLE, et al.,

    *Defendants*.

**CIVIL L. R. 7(j)(2) UNREPORTED DECISIONS CITED IN PLAINTIFFS' MEMORANDUM IN OPPOSITION TO DEFENDANTS' MOTION FOR JUDGMENT ON THE PLEADINGS**

1. *Bondar v. D'Amato*, No. 06-C-109, 2007 WL 1700114 (E.D. Wis. June 11, 2007)

2. *Van Dyke v. Village of Alsip*, No. 20-1041, 819 F. App'x 431 (7th Cir. 2020)